UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL EDWARD LOWE,<br><br>          Plaintiff,<br><br>   v.<br><br>ALBERTO GONZALES et al,<br><br>          Defendant._____/ | Case Number: CV07-03190 CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 19, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darryl Edward Lowe E-63069
559 16th Street
Oakland, CA 94612

Dated: June 19, 2007

                    Richard W. Wieking, Clerk
                    By: Barbara Espinoza, Deputy Clerk